United States District Court

Eastern District of California

Jesse T. Moten,

      Petitioner,

vs.

Jeanne Woodford, Director,

      Respondent.

No. Civ. S 05-1529 DFL PAN P

Order

-oOo-

    Petitioner, a state prisoner without counsel, filed a petition for habeas corpus but his claims involve the conditions of his confinement at Corcoran State Prison and must be pursued by way of a civil rights action pursuant to 42 U.S.C. § 1983. Petitioner has not filed an application to proceed in forma pauperis, nor has he paid the filing fee.

    Corcoran is in the Fresno Division of this court and, construing this as a civil rights action, it should have been commenced there. <u>See</u> Local Rule 3-120(b).

1  Accordingly, the court hereby orders that:
2  1.  This action is transferred to the Fresno Division.
3  2.  The clerk of court shall assign a new case number.
4  3.  All future filings shall reference the new case number
5  and shall be filed at:

      United States District Court
      Eastern District of California
      1130 "O" Street
      Fresno, CA 93721

Dated:  December 27, 2005.

      /s/ Peter A. Nowinski
      PETER A. NOWINSKI
      Magistrate Judge

2